**Order entered March 20, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01568-CV

## MARK VERDERAME, Appellant

## V.

## ANA PATRICIA VERDERAME, Appellee

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-50246-2019

## ORDER

Before the Court is appellant's March 9, 2020 motion to settle. In his motion, appellant states appellee has "decided to relinquish primary custodial rights to their children." Appellant asks that we "verify mother's desires" and then order the parties to mediation.

We construe appellant's motion as a motion for mediation. We **GRANT** the motion as follows. We **ORDER** appellant to provide, **within fifteen days** of the date of this order, written notification of the name and contact information for the

mediator.  We further **ORDER** appellant to file, no later than forty-five days from the date of this order, either a status report or a motion to dismiss this appeal.  We suspend the current deadline for appellee's brief on the merits.

We **ABATE** this appeal for forty-five days to allow the parties the opportunity to pursue mediation.  This appeal will be reinstated in forty-five days from the date of this order at which time the Court will dismiss the appeal if the parties have settled or set a new deadline for appellee's brief if they have not.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE